AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

PAUL J. SALESI

V.

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05 081 ML

TO: (Name and address of Defendant)

UNITED STATES ATTORNEY
FLEET PLAZA
50 KENNEDY PLAZA, 8TH FLOOR
PROVIDENCE, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

FRANCIS J. FLANAGAN, ESQ.
SAYER REGAN THAYER & FLANAGAN
130 BELLEVUE AVENUE, UNIT 2
NEWPORT, RI 02840

an answer to the complaint which is herewith served upon you, within 60 days days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

Francis McCabe

(By) DEPUTY CLERK

DATE 2/23/05

3

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2-24-05 |
| NAME OF SERVER *(PRINT)* | TITLE DENNIS M. TABER CONSTABLE, STATE OF RI LICENSE #6148 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: __________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: __________

☐ Returned unexecuted: __________

☒ Other (specify): office of US Attorney 50 Kennedy Plaza Providence with Michael Iannotti

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 25.00 | 50.- | 75.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-24-05
Date

Signature of Server: Dennis M Taber

DENNIS M. TABER
CONSTABLE, STATE OF RI
LICENSE #6148

Address of Server

FILED
2005 FEB 28
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.