**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PAUL J. SALESI,<br>Plaintiff | : | |
| | : | C.A. NO.: 05-081ML |
| vs. | : | |
| | : | |
| UNITED STATES OF AMERICA,<br>Defendant | : | JURY TRIAL DEMANDED |

Stipulation

By agreement of the parties, the above-captioned matter is voluntarily dismissed without prejudice.

RECEIVED
MAY 16 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Robin E. Feder, #3415
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, Eighth Floor
Providence, Rhode Island 02903
401-709-5000

Frank J. Flanagan, Esq., #4858
M. Elizabeth Stachura, Esq., #3640
SAYER REGAN THAYER & FLANAGAN
130 Bellevue Avenue, Unit 2
Newport, Rhode Island 02840
401-849-3040

Enter:
Mary M. Lisi
USDJ 5/17/05

Date: May 11, 2005



5